AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | |
|---|---|
| COLONY INSURANCE COMPANY ) <br> ) <br> ) <br> ) <br> ) <br> *Plaintiff(s)* ) <br> **v.** ) <br> ) <br> KSW RAIL GROUP, LLC; and DU TRUCK ) <br> SERVICE, INC. dba TRUCK SOURCE ) <br> INCORPORATED ) <br> ) <br> *Defendant(s)* ) | Civil Action No.  7:24-cv-00315 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* KSW Rail Group, LLC
c/o Laura M. Rios
927 W Expressway 83
Donna, Texas 78537

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Tollefson Bradley Mitchell & Melendi, LLP
Attn: Stephen Melendi
2811 McKinney Ave., Suite 250 West
Dallas, TX 75204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Nathan Ochsner, Clerk of Court

Date: September 9, 2024

*s/ Karen Lopez*
*Signature of Clerk or Deputy Clerk*

Case 7:24-cv-00315   Document 6   Filed on 08/16/24 in TXSD   Page 2 of 2

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  7:24-cv-00315

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* KSW Rail Group LLC % Laura M. Rios
was received by me on *(date)* 9-9-2024 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there.
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* David Alcazar, manager . who is
designated by law to accept service of process on behalf of *(name of organization)* _____
KSW Rail Group, LLC                on *(date)* 9-13-2024 : @ 2:55 PM
☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00  .

I declare under penalty of perjury that this information is true.

Date: 9-13-2024

_Marilyn Stroud SCH1380_
Server's signature

MARILYN STROUD/ Civil Process Server
Printed name and title

1407 Candy Lane
Edinburg, Texas 78539
Server's address

Additional information regarding attempted service, etc:

[ Print ]      [ Save As... ]                              [ Reset ]