United States District Court
Southern District of Texas
**ENTERED**
December 09, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| COLONY INSURANCE COMPANY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:24-CV-00315 |
| | § | |
| KSW RAIL GROUP, LLC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## FINAL DEFAULT JUDGMENT

Upon consideration of the Motion for Default Judgment against Defendant KSW Rail Group, LLC ("KSW"), filed by Plaintiff Colony Insurance Company ("Colony") [Dkt. No. 25], the Court concludes that Colony has established that it is an aggrieved party and recognizes Colony's election to seek a judgment declaring that it has no duty to defend or indemnify KSW against the claims raised in an underlying lawsuit brought by Truck Service, Inc. d/b/a Truck Source Incorporated, Case No. 23CV40016, filed in the Circuit Court of the State of Oregon for the County of Multnomah, Oregon (the "Underlying Lawsuit"). The Court also concludes that it has jurisdiction over the subject matter and parties to this action; that KSW failed to answer or otherwise defend as provided by the Federal Rules of Civil Procedure following proper service; that the allegations in Colony's Complaint are deemed admitted against KSW; and that Colony has no duty to defend or indemnify KSW against the claims raised in the Underlying Lawsuit or other similar actions.

**IT IS THEREFORE ORDERED**:

1. Judgment by default is hereby entered in favor of Plaintiff Colony Insurance Company and against Defendant KSW Rail Group, LLC.

2.      Plaintiff Colony Insurance Company has no duty to defend or indemnify KSW Rail Group, Inc. against the claims raised in Case No. 23CV40016, filed in the Circuit Court of the State of Oregon, for the County of Multnomah, Oregon.

3.      All other relief is hereby DENIED. This judgment is a final judgment in this case.

SO ORDERED December 9, 2024, at McAllen, Texas.

Randy Crane
Chief United States District Judge